

1  **JEFF M. HALL, ESQ. (SBN 192656)**
   SMITH | HALL | STRONGIN LLP

2  27345 Ortega Highway, Suite 200
   San Juan Capistrano, California 92675

3  Telephone:  (949) 496-8101
   Facsimile:   (949) 496-0278

4  jhall@s-hlawyers.com

5  Attorneys for Plaintiff Ramin Redjai

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  RAMIN REDJAI, an individual,               Case No. 8:14-cv-01626-JVS-DFM

13            Plaintiff,

14       vs.                                    **JOINT STIPULATION FOR**
                                                **DISMISSAL WITH PREJUDICE**
15  NATIONSTAR MORTGATE, LLC, a
   Delaware limited liability company,

16

17            Defendant.

18

19

20  / / /

21

22  / / /

23

24  / / /

25  / / /

26

27  / / /

28  / / /

_____

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff RAMIN REDJAI ("Plaintiff") and Defendant NATIONSTAR MORTGAGE LLC ("Defendant") (collectively referred to herein as the "Parties"), by and through their respective undersigned attorneys, hereby submit the following Joint Stipulation for Dismissal with Prejudice.

**WHEREAS**, on October 7, 2014, Plaintiff filed the Complaint initiating the above entitled action ("Action"), asserting a single cause of action for Violation of the Fair Debt Collection Practices Act.

**WHEREAS**, on November 14, 2014, Defendant filed a Motion to Dismiss the Complaint.

**WHEREAS**, on December 15, 2014, the Court denied Defendant's Motion to Dismiss.

**WHEREAS**, on January 8, 2015, Defendant filed an Answer to Plaintiff's Complaint.

**WHEREAS**, the Parties desire to avoid the time and expense of continuing to pursue the prosecution and defense of the Action.

**WHEREAS**, the Parties have agreed to resolve and settle this Action and have entered into a confidential settlement agreement.

**NOW, THEREFORE**, Plaintiff and Defendant, through their respective counsel of record, hereby stipulate and agree as follows:

1. The Action shall be dismissed with prejudice.
2. Each party shall bear its own attorneys' fees, costs and expenses incurred in the Action.
3. The Court shall retain jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement.

/ / /
/ / /
/ / /
/ / /

1 | **IT IS SO STIPULATED**.

2 | Dated: October 30, 2015          SMITH|HALL|STRONGIN LLP

3 |

4 |                                          ____/s/ Jeff M. Hall_____

5 |                                          Jeff M. Hall, Esq.
                                             Attorneys for Plaintiff Ramin Redjai

6 |

7 | Dated: October 30, 2015          Severson & Werson

8 |

9 |                                          _____/s/ Yaron Shaham_____
                                             Yaron Shaham, Esq.

10 |                                         Attorneys for Defendant Nationstar
                                            Mortgage LLC

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

SMITH|HALL|STRONGIN LLP
27345 ORTEGA HIGHWAY, SUITE 200
SAN JUAN CAPISTRANO, CA 92675
T: (949) 466-8100   F: (949) 466-8178